In the Matter of the Application of CHARLES J. MOORE, Appellant, *v.* BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.

*Matter of Moore* v. *Board of Elections, N. Y. City,* 180 App. Div. ——, affirmed.

(Argued October 31, 1917; decided November 1, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1917, which reversed an order of Special Term granting an application for an order directing the board of elections of the city of New York to receive and file certificates of nomination of Charles J. Moore for the office of alderman in the fifty-eighth district of the city of New York and place his name upon the ballots as a candidate for such office.

The petitioner sought to file an independent certificate of nomination with the board of elections nominating him as candidate under the bull's eye emblem for the office of alderman of the fifty-eighth aldermanic district. This petition was rejected by the board of elections upon the ground that it did not contain a sufficient number of signatures.

*Benjamin Reass* for appellant.

*Lamar Hardy, Corporation Counsel (George A. Green* and *Thomas F. Magner* of counsel), for respondent.

Order affirmed, on authority of *Matter of Richards* (221 N. Y. 684).

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.